CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

JAN 15 2009

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

THE LEXINGTON FIRE DEPARTMENT,

Plaintiff,

v.

CITY OF LEXINGTON, VIRGINIA, ET AL.,

Defendants.

CIVIL ACTION NO. 6:08-cv-00019

ORDER

JUDGE NORMAN K. MOON

For the reasons stated in the accompanying Memorandum Opinion, Defendant Raetz's Motion to Dismiss (docket no. 22) is hereby GRANTED, and Raetz is hereby STRICKEN as a defendant in this case.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

It is so ORDERED.

Entered this 15th day of January, 2009.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE